IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1246-AP**

**PAUL T. ROSALES,**

             Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

             Defendant.

---

## ORDER

---

Kane, J.

    This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #12), filed October 2, 2006 This Court has reviewed the file and considered the motion.  It is hereby

    **ORDERED** that the motion is **GRANTED**.   This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated:  October 2, 2006

                         BY THE COURT:

                         ***S/John L. Kane***
                         JOHN L. KANE, SENIOR JUDGE
                         UNITED STATES DISTRICT COURT