IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1246-AP**

**PAUL T. ROSALES,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Motion for Attorney Fees (doc. #17), filed October 10, 2006, is DENIED with leave to re-file, for failure to comply with D.C.COLO.LCivR 7.1A.

Dated:  October 12, 2006