IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1246-AP**

**PAUL T. ROSALES,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

# ORDER

Kane, J.

    Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (doc. #19), filed October 20, 2006, is **GRANTED**.  In consideration thereof, it is

    **ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$736.60**.

    Dated at Denver, Colorado, this 20th day of October, 2006.

                                    BY THE COURT:

                                    **S/John L. Kane**
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT